|   |   |
|---|---|
| 1 | Gerald Emanuel (SBN 61049) |
| 2 | Joel P. Waelty (SBN 226728) |
|   | HINKLE, JACHIMOWICZ, POINTER & EMANUEL |
| 3 | 2007 West Hedding Street, Suite 100 |
|   | San Jose, California 95128 |
| 4 | Tel.: (408) 246-5500 |
|   | Fax: (408) 246-1051 |
| 5 | E-mail: jwaelty@hinklelaw.com |
| 6 | Attorney for Plaintiff |
|   | LAWRENCE CHARLOT |

7  Adrienne C. Publicover (SBN 161432)
8  Francis J. Torrence (SBN 154653)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
9  525 Market Street, 17th Floor
   San Francisco, CA 94105
10 Tel.: (415) 433-0990; Fax: (415) 434-1370
   Email: Adrienne.Publicover@WilsonElser.com, francis.torrence@wilsonelser.com
11
12 Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH AMERICA,
13 CIGNA CORPORATION; APPLE, INC.'S
   LONG TERM DISABILITY PLAN
14

15
16                    UNITED STATES DISTRICT COURT
17                    NORTHERN DISTRICT OF CALIFORNIA

18 LAWRENCE CHARLOT,                    ) Case No. C 13-05313 RMW
19                                      )
         Plaintiff,                     ) **STIPULATION OF DISMISSAL AND**
20                                      ) [PROPOSED] **ORDER DISMISSING**
   vs.                                  ) **ACTION WITH PREJUDICE**
21                                      )
   CIGNA HEALTH AND LIFE                )
22 INSURANCE COMPANY, LIFE              )
   INSURANCE COMPANY OF                 )
23 AMERICA, and DOES 1-10, inclusive,   )
                                        )
24       Defendants.                    )
                                        )
25                                      )
                                        )
26
27
28
   _____
              STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
   CASE NO. 5:13-CV-05313-RMW
                           1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

**IT IS SO STIPULATED.**

Dated: July 7, 2014          HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By: _____/s/ Joel P. Waelty_____
Gerald A. Emanuel
Joel P. Waelty
Attorneys for Plaintiff PAUL DE PORCERI

Dated: July 7, 2014          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____/s/ Francis J. Torrence_____
Adrienne C. Publicover
Francis J. Torrence
Attorneys for Defendants
LIFE INSURANCE COMPANY OIF NORTH AMERICA, CIGNA CORPORATION; APPLE, INC.'S LONG TERM DISABILITY PLAN

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice. Each party is to bear its own fees and costs.

DATED: __i 9__, 2014          *Ronald M. Whyte*
Hon. Ronald M. Whyte

---

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
CASE NO. 5:13-CV-05313-RMW

2